| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nathan A. Berneman, APC<br>Nathan A. Berneman, Esq.   SB#152796<br>3835-R E. Thousand Oaks Bl., #152<br>Westlake Village, CA  91362<br>Tel: (805) 492-7045<br>Fax: (805) 492-7065<br><br>☒ Attorney for Debtor(s)<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**JAN 15 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Ogier    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br>CASE NUMBER  SV12-11977 AA |
| In re:<br><br>ANN MARIE COOK<br>DAVID D. COOK<br><br><br><br><br><br>Debtor(s). | (No Hearing Required) |

**ORDER ON:**
☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY INCUR DEBT (PERSONAL PROPERTY)**

Based on Debtor's Motion filed on December 24, 2013, as docket entry number 48 and the Non-recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐    GRANTED            ☐    DENIED

☐    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐    GRANTED on the following conditions:


*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                                                                                                           F 3015-1.14

☒ **Set for Hearing on February 6, 2014 at 9:00 a.m.**

###

Date: January 15, 2014

Alan M. Ahart
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                                                                                                                                        **F 3015-1.14**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON:** ☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS,** ☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY,** ☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY,** ☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT (PERSONAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) _____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Elizabeth Rojas (TR) cacb_ecf_sv@ch13wla.com
Nathan A. Berneman:  ntdberneman@verizon.net

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Ann Marie and David Cook
5441 Placerita Dr.
Simi Valley, CA 93063

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                                                                    **F 3015-1.14**